IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Patrick Cavanaugh,

Plaintiff(s),

v.

Edu-Pro Management, LLC,

Defendant(s).

Case No. 16 C 5251
Judge Amy J. St. Eve

## ORDER

IT IS HEREBY ORDERED that all issues are consolidated for all purposes under 14 C 7581. The above entitled case is hereby dismissed. All pleadings are to be filed in case 14 C 7581. All pending parties and counsel in the associated case, 16 C 5251, are to be linked to the lead case number, 14 C 7581. Consolidated for all purposes. See docket of 2014cv7581 for all further entries. Civil case terminated.

Date: 5/17/2016

Amy J. St. Eve
United States District Judge